IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Fullman, Felicia Karen | Case Number: 04 B 13488 |
| | Judge: Hollis, Pamela S |
| Printed: 11/20/07 | Filed: 4/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 17, 2007
Confirmed: May 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 56,475.77 | |
| Secured: | | 44,411.03 |
| Unsecured: | | 3,022.11 |
| Priority: | | 5,019.62 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,776.87 |
| Other Funds: | | 1,246.14 |
| Totals: | 56,475.77 | 56,475.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | GMAC Mortgage Corporation | Secured | 27,155.94 | 27,155.94 |
| 2. | GMAC Mortgage Corporation | Secured | 17,255.09 | 17,255.09 |
| 3. | Internal Revenue Service | Priority | 5,019.62 | 5,019.62 |
| 4. | GMAC Mortgage Corporation | Unsecured | 250.00 | 250.00 |
| 5. | Peoples Energy Corp | Unsecured | 3,500.88 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 1,577.11 | 1,577.11 |
| 7. | Household Tax Masters | Unsecured | 1,195.00 | 1,195.00 |
| 8. | 74th Street Depot Federal Credit Union | Unsecured | | No Claim Filed |
| | | | $ 55,953.64 | $ 52,452.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 223.41 |
| 6.5% | 877.78 |
| 3% | 132.88 |
| 5.5% | 771.05 |
| 5% | 294.19 |
| 4.8% | 425.40 |
| 5.4% | 52.16 |
| | $ 2,776.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fullman, Felicia Karen

Printed:  11/20/07

Case Number:  04 B 13488
Judge:  Hollis, Pamela S
Filed:  4/6/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_